IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD R. JOHNSON,

    Plaintiff,

v.

GENEVA J. JOHNSON,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-411-slc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant Geneva J. Johnson dismissing plaintiff Richard R. Johnson's complaint for lack of subject matter jurisdiction.

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

JUL - 8 2009
Date